UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Division: Tampa

Case No. 8:23-cv-01017-MSS-CPT

VASSEL BARNETT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC,
TRANS UNION LLC,
EQUIFAX INFORMATION SERVICES LLC,
RECEIVABLES MANAGEMENT PARTNERS LLC DBA RMP SERVICES,
TRAX FEDERAL CREDIT UNION,
POSSIBLE FINANCIAL INC,
AUSTIN CAPITAL BANK,
VERIZON COMMUNICATIONS INC.,
POLK AUTO FINANCE, INC.,
BANK OF MISSOURI,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instance case **IS NOT** similar or related to pending or closed civil or criminal case previously filed in this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

PAGE | **1** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: May 9, 2023

                                          Respectfully Submitted,

                                        /s/ Jennifer G. Simil
                                        **JIBRAEL S. HINDI, ESQ.**
                                        Florida Bar No.: 118259
                                        E-mail:   jibrael@jibraellaw.com
                                        **JENNIFER G. SIMIL, ESQ.**
                                        Florida Bar No.: 1018195
                                        E-mail:   jen@jibraellaw.com
                                        The Law Offices of Jibrael S. Hindi
                                        110 SE 6th Street, Suite 1744
                                        Fort Lauderdale, Florida 33301
                                        Phone:    954-907-1136

                                        *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 9, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, of which will send a notice of electronic filing to all counsel of record.

                                          /s/ Jennifer G. Simil
                                        **JENNIFER G. SIMIL, ESQ.**
                                        Florida Bar No.: 1018195