# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CASE NO: 8:23-CV-01017-MSS-CPT

VASSEL Q. BARNETT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, RECEIVABLES MANAGEMENT PARTNERS, LLC, TRAX FEDERAL CREDIT UNION, POSSIBLE FINANCIAL, INC., AUSTIN CAPITAL BANK, VERIZON COMMUNICATIONS, INC., POLK AUTO FINANCE, INC., and BANK OF MISSOURI,

    Defendants.

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Equifax Information Services LLC ("Equifax" or "Defendant"), by its counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01, respectfully requests an extension of time, through and including July 14, 2023, to respond to Plaintiff Vassel Q. Barnett's Complaint, and in support thereof states:

    1.    On May 8, 2023, Plaintiff filed a Complaint in the United States District Court for the Middle District of Florida. (ECF No. 1)

2. Equifax was served via process service on its registered agent, Corporation Service Company, on May 11, 2023.

3. Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Equifax must file its responsive pleading by June 1, 2023.

4. Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. Accordingly, Equifax respectfully requests an extension of the deadline to respond to Plaintiff's Complaint, up to and including July 14, 2023.

5. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel, and prepare its response. This is Defendant Equifax's first request for an extension of time.

WHEREFORE, Equifax respectfully requests that this Court grant its request for an extension of time to respond to Plaintiff's Complaint, up to and including July 14, 2023.

## **MEMORANDUM OF LAW**

Rule 6(b) provides that the Court may grant extensions of time at any time in its discretion for cause shown. Fed. R. Civ. P. 6(b). Where, as here, the request for extension is made prior to the expiration of the specified of time, no finding of

excusable neglect is required. *Id*. Equifax Information Services LLC respectfully submits that good cause has been shown because the extension is requested in order to thoroughly review Plaintiff's allegations in the Complaint and to potentially engage in settlement negotiations.

**RULE 3.01 CERTIFICATION**

As required by Local Rule 3.01(g), Equifax has conferred with Plaintiff's counsel, who has advised that Plaintiff does not oppose the requested extension of time.

DATED: May 26, 2023

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By:/s/ *Jason Daniel Joffe*
    Jason Daniel Joffe
    Florida Bar No. 0013564
    Squire Patton Boggs (US) LLP
    200 S. Biscayne Blvd., Suite 3400
    Miami, FL 33131
    Telephone: (305) 577-7000
    Facsimile: (305) 577-7001
    Email: jason.joffe@squirepb.com

    *Counsel for Defendant*
    *Equifax Information Services LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe
*Counsel for Defendant*
*Equifax Information Services LLC*
