UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 8:23-CV-01017-MSS-CPT

VASSEL Q. BARNETT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, RECEIVABLES MANAGEMENT PARTNERS, LLC, TRAX FEDERAL CREDIT UNION, POSSIBLE FINANCIAL, INC., AUSTIN CAPITAL BANK, VERIZON COMMUNICATIONS, INC., POLK AUTO FINANCE, INC., and BANK OF MISSOURI,

    Defendants.

**NOTICE OF RELATED ACTION**

In accordance with Local Rule 1.07(c), I certify that the instant action:

\_\_\_\_\_ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_X\_\_ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTION upon each party no later than fourteen days after appearance of the party.

DATED: May 26, 2023						Respectfully submitted,

							SQUIRE PATTON BOGGS (US) LLP


							By:/s/ *Jason Daniel Joffe*
							    Jason Daniel Joffe
							    Florida Bar No. 0013564
							    Squire Patton Boggs (US) LLP
							    200 S. Biscayne Blvd., Suite 3400
							    Miami, FL 33131
							    Telephone: (305) 577-7000
							    Facsimile: (305) 577-7001
							    Email: jason.joffe@squirepb.com

							*Counsel for Defendant*
							*Equifax Information Services LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, I electronically filed the foregoing NOTICE OF RELATED ACTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record:

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe
*Counsel for Defendant*
*Equifax Information Services LLC*

95276000v.1